DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BESSIE I. POSTELL,**
Appellant,

v.

**COMERICA BANK,** in substitution for **BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVING, LP,** in substitution for the original Plaintiff **BAC HOME LOANS SERVICING, LP** f/k/a **COUNTRYWIDE HOME LOANS SERVICING LP,**
Appellee.

No. 4D15-3819

[ May 18, 2016 ]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Judge; L.T. Case No. 10-16775 CACE 13.

Catherine A. Riggins, Miami, for appellant.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

The borrower appeals a final judgment of foreclosure following a nonjury trial on the grounds that the lender failed to establish its standing to foreclose. The appellee has filed a confession of error. Accordingly, we reverse the final judgment of foreclosure and remand with instructions for the trial court to enter an involuntary dismissal in favor of appellant.

*Reversed and Remanded.*

CIKLIN, C.J., WARNER and STEVENSON, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***